IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-246 T
(Judge Marian Blank Horn)

PSM Farms, LLC, Stratton K. Murphy, a Partner Other Than Tax Matters Partner,

Plaintiff,

v.

United States of America,

Defendant.

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Dennis M. Donohue, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dennis M. Donohue
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
**e-mail address:** **dennis.donohue@usdoj.gov**

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Senior Litigation Counsel
Office of Civil Litigation
Tax Division
U.S. Department of Justice
Washington, D.C. 20001
Telephone: (202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2006, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892