**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR CONSOLIDATION OF NEWLY FILED CASES AND THEIR TRANSFER TO CHIEF JUDGE DAMICH**

Defendant, the United States of America, has moved the Court to transfer the following three cases to Chief Judge Damich.

1. *MURFAM Farms, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-245T-MBH;

2. *PSM Farms, LLC, by and through Stratton K. Murphy v. United States*, Fed. Cl. No. 06-246T-MBH; and

3. *Murphy Pork Partners, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-247T-EGB (collectively the "Murphy Cases").

Defendant has also moved to consolidate the Murphy Cases for purposes of discovery and trial.

While not opposing either Defendant's Motion to Transfer or Defendant's Motion to Consolidate, Plaintiff does not agree with the Defendant's conclusions and characterizations of the facts or law. Plaintiff does concur that granting of the Motions would promote judicial efficiency.

Respectfully submitted,

By: /s/ Joel N. Crouch

Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of May, 2006, I served the foregoing Plaintiff's Response to Defendant's Motion for Consolidation of Newly Filed Cases and Their Transfer to Chief Judge Damich to counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington DC 20044

***Attorneys for the United States of America***

/s/ Joel N. Crouch
Joel N. Crouch