IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-246 T
(Judge Marian Blank Horn)

PSM Farms, LLC, by and through Stratton K. Murphy, a Partner Other Than Tax Matters Partner,

Plaintiff,

v.

United States of America,

Defendant.

**DEPENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant, the United States of America, respectfully moves for an enlargement of time of 60 days from May 30, 2006, to July 31, 2006 within which to file an answer or other response to plaintiff's complaint. Counsel for plaintiff has informed defendant that it does not object to the requested enlargement. This is the first enlargement requested.

In support of this motion, the defendant states the following:

1. Plaintiff filed its complaint in this matter on March 28, 2006. The Internal Revenue Service ("Service") has informed defendant's trial counsel that it has not yet completed its review of the administrative files this case and the related cases of *MUFAM Farms, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-245T-MBH and *Murphy Pork Partners, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-

247T-EJD. The Service advises that it believes that it will be able to forward the administrative files shortly and the defense letters within the next 30 to 45 days.

2. The United States will require the administrative files and the Service's defense letter to respond to plaintiff's complaint. The additional time is requested to permit the Department of Justice to review the administrative materials, the Service's defense recommendation, and to prepare the government's response to plaintiff's complaint.

WHEREFORE, the defendant respectfully requests that its motion for a 60-day enlargement of time to respond to plaintiff's complaint be granted.

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Senior Litigation Counsel
Office of Civil Litigation
Tax Division
U.S. Department of Justice
Washington, D.C. 20001
Telephone: (202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892