# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PSM Farms, LLC, Stratton K. Murphy, a Partner Other Than Tax Matters Partner,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CASE NO. 06-246T** |
| | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

## JOINT MOTION TO FILE APPENDIX TO JPSR VIA CD-ROM AND TO FILE CERTAIN EXHIBITS UNDER SEAL

Plaintiff PSM Farms, LLC ("Plaintiff") and Defendant the United States of America ("the Defendant") (collectively the "Parties") respectfully request that the Court grant them leave to file the Appendix to the Joint Preliminary Status Report ("JPSR") via CD-ROM and to file certain exhibits to the JPSR under seal to preserve the confidential nature of those exhibits. In support of this Motion, the Parties show the Court as follows:

1. **Filing Appendix in CD-Rom Format**. The Parties have been ordered to attach "as an appendix to the JPSR, copies of material portions of any documents … relevant to … disputed facts" including "relevant contractual documents, correspondence between the parties, and damage computations" and "records of prior … agency proceedings relative to the claims in this case." *See* Special Procedures Order (Revised May 19, 2006) ¶ 7.a.

2. The Parties anticipate that the number and volume of exhibits to be attached to the Appendix to the JPSR will exceed the limits of the electronic filing system. The Parties are planning to file copies of tax opinions, tax returns, transaction documents, brokerage statements, and certain documents relevant to jurisdiction.

3. Permitting the Appendix to be filed in CD-ROM form would be more expeditious and effective than providing the Appendix to the Court by any other means.

4. **Filing Tax Returns and Personal Financial Information Under Seal**. The Parties anticipate filing federal income tax returns and other financial documents for the individuals and entities involved in these proceedings that contain personal information that is confidential and should not be disclosed to the public.

5. Because the Appendix to the JPSR is a public document, the portion of the Appendix containing federal income tax returns and personal financial information must be sealed to protect the confidential nature of those documents.

6. In light of the foregoing, the Parties respectfully request that the Court grant them leave to file the Appendix to the JPSR via CD-ROM and to file exhibits to the JPSR containing tax returns and personal financial information under seal to preserve the confidential nature of those exhibits. The Parties request further and additional relief to which they may be entitled.

Respectfully submitted,

**FOR PLAINTIFF**

s/Joel N. Crouch
Joel N. Crouch
M. Todd Welty
Anthony P. Daddino

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
adaddino@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
PSM FARMS, LLC

**FOR DEFENDANT**

s/Dennis Donohue by permission
Dennis M. Donohue, Esq.
US Department of Justice - Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

JOHN A. LINDQUIST
Trial Attorney
DAVID STEINER
Trial Attorney

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

/s/ Joel N. Crouch
Joel N. Crouch