**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PSM Farms, LLC, Stratton K. Murphy, a Partner Other Than Tax Matters Partner,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 06-246T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO CORRECT

On September 21, 2006, Plaintiff PSM Farms, LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") filed the Joint Preliminary Status Report ("JPSR").

After filing the Joint Preliminary Status Report and receiving the confirmation from the Court attaching the document that was filed, it was determined that the Joint Preliminary Status Report that was filed for the instant case was the Joint Preliminary Status Report for the case styled *Murphy Pork Partners, LLC, Wendell H. Murphy, Jr., a Partner Other Than Tax Matters Partner v. United States of America*, Case No. 06-247T.

Plaintiff moves the Court to correct the docket and replace the Joint Preliminary Status Report with the correct Joint Preliminary Status Report attached hereto as Exhibit "A".

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, OWENS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732
jcrouch@meadowsowens.com

Dated: September 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I served the foregoing Motion to Correct to the counsel of record listed below via electronic means.

Dennis M. Donohue, Esq.
John A. Lindquist, Esq.
David Steiner, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

s/Joel N. Crouch
Joel N. Crouch