# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PSM Farms, LLC, Stratton K. Murphy, a Partner Other Than Tax Matters Partner,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CASE NO. 06-246T** |
| | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER GRANTING MOTION TO CORRECT

On this _______ day of ________________, 2006, the Court heard the Motion to Correct filed in this cause on September 25, 2006. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the Clerk correct the docket and replace the Joint Preliminary Status Report filed on September 21, 2006, with the corrected Joint Preliminary Status Report attached as Exhibit "A" to the Motion to Correct.

____________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS