| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| JPSR1_1 | 05/02/2006 | | Pleading | 2nd Notice of Order Enlarging Discovery limits in MDL Cobra case (filed in JZ Buckingham case) | |
| JPSR2_1 | 04/20/2006 | | Pleading | Order granting enlargement of discovery limits in Cobra Tax Shelters litigation | |
| JPSR3_1 | 04/24/2006 | | Pleading | Order in JZ Buckingham v U S case | |
| JPSR4_01 | 07/20/2006 | | Pleading | Klamath v U S Memorandum Opinion | |
| MUCO00004 | 04/17/2000 | Transaction | Transfer Authorization | SKM Ventures, LLC | Sealed |
| MUCO00005 | 04/17/2000 | Transaction | Transfer Authorization | MDM Ventures, LLC | Sealed |
| MUCO00006 | 04/17/2000 | Transaction | Transfer Authorization | HPDM, LLC | Sealed |
| MUCO00042 | 04/14/2000 | Transaction | Trade Confirmation | HDM, LLC | Sealed |
| MUCO00045 | 04/17/2000 | Transaction | Trade Confirmation | MDM Ventures, LLC | Sealed |
| MUCO00048 | 04/17/2000 | Transaction | Trade Confirmation | SKM Ventures, LLC | Sealed |
| MUCO00140 | 05/16/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |
| MUCO00142 | 04/17/2000 | Transaction | Assignment Letter | SKM Ventures, LLC | Sealed |
| MUCO00143 | 04/17/2000 | Transaction | Assignment Letter | MDM Ventures, LLC | Sealed |
| MUCO00144 | 04/17/2000 | Transaction | Assignment Letter | HDM, LLC | Sealed |
| MUCO00171 | 04/19/2000 | Transaction | Wire Transfer Confirmation | HPDM, LLC | Sealed |
| MUCO00172 | 04/19/2000 | Transaction | Wire Transfer Confirmation | SKM Ventures, LLC | Sealed |
| MUCO00173 | 04/19/2000 | Transaction | Wire Transfer Confirmation | MDM Ventures, LLC | Sealed |
| MUCO00177 | 04/25/2000 | Transaction | Transfer Authorization | ANB, LLC<br>HDM, LLC<br>JMN Ventures, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC<br>WHM Ventures, LLC<br>WMC, LLC<br>WHMJ, LLC | Sealed |
| MUCO00183 | 04/17/2000 | Transaction | Wire Transfer | HDM, LLC | Sealed |
| MUCO00184 | 04/17/2000 | Transaction | Wire Transfer | MDM, LLC | Sealed |
| MUCO00185 | 04/17/2000 | Transaction | Wire Transfer | SKM Ventures, LLC | Sealed |
| MUCO00216 | 10/09/2000 | Tax | Notification of Acceptance | PSM, Inc | |

**EXHIBIT "A"**

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUCO00220 | 09/08/2000 | Tax | EIN Assignment | PSM, Inc | |
| MUCO00233 | 06/15/2000 | Tax | EIN Assignment | PSM Farms, LLC | |
| MUCO00235 | 06/15/2000 | Tax | EIN Assignment | HDM, LLC | |
| MUCO00236 | 06/15/2000 | Tax | EIN Assignment | SKM Ventures, LLC | |
| MUCO00237 | 06/15/2000 | Tax | EIN Assignment | MDM Ventures, LLC | |
| MUDB00244 | 12/01/2000 | Transaction | Transfer Authorization | HDM, LLC<br>MDM Ventures, LLC<br>SKM Ventures, LLC | Sealed |
| MUEY00358 | 05/00/2000 | Transaction | Brokerage Statement | PSM Farms, LLC | Sealed |
| MUEY00709 | 09/00/2000 | Transaction | Brokerage Statement | PSM Farms LLC | Sealed |
| MUEY00714 | 10/00/2000 | Transaction | Brokerage Statement | PSM Farms, LLC | Sealed |
| MUEY01192 | 05/17/2000 | Transaction | Wire Transfer Confirmation | SKM Ventures, LLC | Sealed |
| MUEY01201 | 04/26/2000 | Transaction | Wire Transfer Confirmation | SKM Ventures, LLC | Sealed |
| MUEY01279 | 04/00/2000 | Transaction | Brokerage Statement | HDM, LLC | Sealed |
| MUEY01347 | 04/26/2000 | Transaction | Wire Transfer Confirmation | HDM, LLC | Sealed |
| MUEY01348 | 05/17/2000 | Transaction | Wire Transfer Confirmation | HDM, LLC | Sealed |
| MUEY01349 | 05/00/2000 | Transaction | Brokerage Statement | HDM, LLC | Sealed |
| MUEY01455 | 08/31/2000 | Correspondence | Fax Confirmation | PSM, Inc | |
| MUEY02089 | 06/22/2000 | Transaction | Certificate of Incorporation Verification Letter | PSM, Inc | |
| MUEY02100 | 08/00/2000 | Transaction | Assignment of Interest | HDM, LLC | |
| MUEY02320 | 04/00/2000 | Transaction | Limited Liability Company Agreement | SKM Ventures, LLC | |
| MUEY02379 | 04/00/2000 | Transaction | Limited Liability Company Agreement | MDM Ventures, LLC | |
| MUEY02386 | 08/00/2000 | Transaction | Assignment of Interest | MDM Ventures, LLC | |
| MUEY02406 | 05/12/2000 | Transaction | Invoice | SKM Ventures, LLC | Sealed |
| MUEY02501 | 04/27/2000 | Transaction | Invoice | Harry Murphy | Sealed |
| MUEY02502 | 04/27/2000 | Transaction | Invoice | Marc D Murphy | Sealed |
| MUEY02503 | 04/27/2000 | Transaction | Invoice | Stratton K Murphy | Sealed |
| MUEY02512 | 04/17/2000 | Transaction | Assignment Agreement | HDM, LLC<br>PSM Farms, LLC | Sealed |
| MUEY02601 | 04/00/2000 | Transaction | Limited Liability Company Agreement | PSM Farms, LLC | |
| MUEY02795 | 12/00/2000 | Transaction | Brokerage Statement | PSM, Inc | Sealed |
| MUEY03795 | 04/00/2000 | Transaction | Limited Liability Company Agreement | HDM, LLC | |
| MUEY03798 | 04/17/2000 | Transaction | Assignment Agreement | HDM, LLC<br>PSM Farms, LLC | Sealed |
| MUEY03807 | 04/06/2000 | Transaction | Certificate of Formation | HDM, LLC | |
| MUEY04825 | 04/26/2000 | Transaction | Wire Transfer Confirmation | MDM Ventures, LLC | Sealed |
| MUEY04829 | 05/17/2000 | Transaction | Wire Transfer Confirmation | MDM Ventures, LLC | Sealed |
| MUFOIA00209 | 04/27/2000 | Transaction | Invoice | Stratton K Murphy | Sealed |
| MUFOIA00313 | 04/17/2000 | Transaction | Assignment Agreement | SKM Ventures, LLC<br>Seutsche Bank AG<br>PSM Farms, LLC | Sealed |
| MUFOIA00342 | 06/23/2000 | Tax | Form 2553 | PSM, Inc | |
| MUFOIA01256 | 05/12/2000 | Transaction | Invoice | MDM, LLC | Sealed |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUFOIA01353 | 04/17/2000 | Transaction | Assignment Agreement | MDM Ventures LLC<br>PSM Farms. LLC | Sealed |
| MUFOIA03106 | 05/12/2000 | Tax | Invoice | HDM. LLC | Sealed |
| MUFOIA03250 | 06/23/2000 | Transaction | By-Laws | PSM, Inc | |
| MUMI00313 | 00/00/2002 | Tax | Form 1040 | Harry and Lynn Murphy | Sealed |
| MUMI00698 | 12/31/2000 | Tax | Form 1040X | Marc D Murphy | Sealed |
| MUMI00897 | 12/31/2000 | Tax | Form 1040X | Stratton K Murphy | Sealed |
| MUMI02018 | 12/31/2000 | Tax | Form 1120S | PSM, Inc | Sealed |
| MUMI02134 | 12/31/2000 | Tax | Form 1065 | PSM Farms. LLC | Sealed |
| MUMU16609 | 04/07/2000 | Transaction | Account Agreement | PSM Farms. LLC | Sealed |
| MUMU16642 | 05/31/2000 | Transaction | Brokerage Statement | PSM Farms. LLC | Sealed |
| MUMU16677 | 12/31/2000 | Transaction | Brokerage Statement | PSM Farms. LLC | Sealed |
| MUMU16699 | 12/00/2000 | Transaction | Letter | PSM Farms. LLC | Sealed |
| MUMU16715 | 12/22/2000 | Transaction | Account Agreement | PSM. Inc | Sealed |
| MUMU16899 | 04/07/2000 | Transaction | Account Agreement | HDM. LLC | Sealed |
| MUMU16948 | 04/07/2000 | Transaction | Account Agreement | MDM Ventures. LLC | Sealed |
| MUMU16962 | 04/30/2000 | Transaction | Brokerage Statement | MDM Ventures. LLC | Sealed |
| MUMU16968 | 05/31/2000 | Transaction | Brokerage Statement | MDM Ventures. LLC | Sealed |
| MUMU17043 | 04/00/2000 | Transaction | Account Agreement | SKM, LLC | Sealed |
| MUMU17051 | 04/30/2000 | Transaction | Brokerage Statement | SKM Ventures. LLC | Sealed |
| MUMU17057 | 05/30/2000 | Transaction | Brokerage Statement | SKM Ventures. LLC | Sealed |
| MUPR00006 | 06/23/2000 | Transaction | Certificate of Incorporation Verification Letter | PSM. Inc | |
| MUPR00007 | 06/22/2000 | Transaction | Certificate of Incorporation | PSM. Inc | |
| MUPR00016 | 08/00/2000 | Transaction | Assignment of Membership Interest | PSM. Inc<br>Harry D Murphy | |
| MUPR00018 | 08/00/2000 | Transaction | Assignment of Membership Interest | PSM. Inc<br>Marc D Murphy | |
| MUPR00020 | 08/00/2000 | Transaction | Assignment of Membership Interest | PSM. Inc<br>Stratton K Murphy | |
| MUPR00036 | 08/00/2000 | Transaction | Assignment of Interest | SKM Ventures. LLC | |
| MUPR00068 | 04/06/2000 | Transaction | Certificate of Formation | MDM Ventures. LLC | |
| MUPR00111 | 06/23/2000 | Transaction | Action by Written Instrument | PSM. Inc | |
| MUPR00127 | 06/23/2000 | Transaction | Consent of Directors | PSM. Inc | |
| MUPR00163 | 04/06/2000 | Transaction | Certificate of Formation | SKM Ventures. LLC | |
| MUPR00523 | 04/04/2000 | Transaction | Certificate of Formation Verification Letter | PSM Farms, LLC | |
| MUPR00524 | 04/04/2000 | Transaction | Certificate of Formation | PSM Farms, LLC | |
| MUPR00694 | 06/00/2000 | Transaction | Brokerage Statement | PSM Farms. LLC | Sealed |
| MUPR00700 | 07/00/2000 | Transaction | Brokerage Statement | PSM Farms. LLC | Sealed |
| MUPR00705 | 08/00/2000 | Transaction | Brokerage Statement | PSM Farms. LLC | Sealed |
| MUPR00739 | 12/29/2000 | Opinion | Opinion | HDM, LLC<br>MDM Ventures. LLC<br>SKM Ventures. LLC | |
| MUPR01379 | 12/29/2000 | Opinion | Certificate of Facts | PSM Farms. LLC | |
| MUPR01403 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | HDM. LLC | |

| Docid | Docdate | Category | Doctype | Entity | Sealed |
|---|---|---|---|---|---|
| MUPR01407 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | MDM Ventures. LLC | |
| MUPR01415 | 04/06/2000 | Transaction | Certificate of Formation Verification Letter | SKM Ventures. LLC | |