# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PSM Farms, LLC, Stratton K. Murphy, a Partner Other Than Tax Matters Partner,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CASE NO. 06-246T** |
| | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND MOTION TO CORRECT**

On this _______ day of ________________, 2006, the Court having considered the Unopposed Motion to Amend the Motion to Correct filed in this cause on September 25, 2006. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the Clerk correct the docket and replace the Joint Preliminary Status Report filed on September 21, 2006, with the corrected Joint Preliminary Status Report which was attached as Exhibit "A" to the Unopposed Motion to Amend the Motion to Correct.

______________________________________

THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS