| Tab # | Date | Type | Description | Bates # |
|---|---|---|---|---|
| 1 | 12/10/1999 | Memo | Memo to Paul Wurst, Paul Kennedy from Bob Coplan, Ernst & Young Re: COBRA Transaction. | 2003EY008771 - 2003EY008772 |
| 2 | 12/13/1999 | Letter | Letter to Harry D. Murphy from Ernest & Young LLP Re: Confirmation of engagement to provide tax advice.... concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049810 - DOJ049812 |
| 3 | 12/13/1999 | Letter | Letter to Angela N. Brown from Ernest & Young Re: Confirmation of engagement to provide tax advice....concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049819 - DOJ049821 |
| 4 | 12/13/1999 | Letter | Letter to Marc D. Murphy from Ernest & Young LLP Re: Confirmation of engagement to provide tax advice.... concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049807 - DOJ049809 |
| 5 | 12/13/1999 | Letter | Letter to Wendell H. Murphy from Ernest & Young Re: Confirmation of engagement to provide tax advice....concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049816 - DOJ049818 |
| 6 | 12/13/1999 | Letter | Letter to Wendy M. Crumpler from Ernest & Young Re: Confirmation of engagement to provide tax advice....concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049822 - DOJ049824 |
| 7 | 12/13/1999 | Letter | Letter to Stratton K. Murphy and Marc D. Murphy from Ernst & Young Re: Confirmation of engagement to provide tax advice....concerning the implementation of the COBRA strategy we have discussed with you. | DOJ0498104 - DOJ0498806 |

EXHIBIT "B"

| Tab # | Date | Type | Description | Bates # |
|---|---|---|---|---|
| 8 | 12/13/1999 | Letter | Letter to Harry D. Murphy from Ernest & Young LLP Re: Confirmation of engagement to provide tax advice.... concerning the implementation of the COBRA strategy we have discussed with you. | DOJ049813 - DOJ049815 |
| 9 | 2/4/2000 | Letters | Letters to Harry D. Murphy from Ernst & Young Re: Addendum to engagement letter dated December 13, 1999. | DOJ040258, DOJ040259, DOJ040261 |
| 10 | 2/4/2000 | Letters | Letters to Wendell H. Murphy from Ernst & Young Re: Addendum to engagement letter dated December 13, 1999. | DOJ040260, DOJ040333 |
| 11 | 2/11/2000 | Email | Email to Martin Nissenbaum from Robert B. Coplan Re: Wm Kriegle. | EY02984 - EY02986 |
| 12 | 3/20/2000 | Email | Email to David G. Johnson from Alexander L. Eckman Re: | 2003EY010727 |
| 13 | 4/7/2000 | Doc. | Deutsche Banc Alex Brown, Non-Corporate Resolution, Stratton K. Murphy, SKM, LLC. | DB COBRA 01098 - DB COBRA 01163 |
| 14 | 4/7/2000 | Doc. | Deutsche Banc Alex Brown, Non-Corporate Resolution, Wendy M. Crumpler, WMC, LLC. | DB COBRA 01107 - DB COBRA 01129 |
| 15 | 4/11/2000 | Doc. | Deutsche Banc Alex Brown, Non-Corporate Resolution, Wendell M. Murphy, WHM Ventures, LLC, | DB COBRA 01078- DB COBRA 01080, DB COBRA 01092- DB COBRA 01095, DB COBRA 01081- DB COBRA 01082, DB COBRA 01085- DB COBRA 01091, DB DOBRA 01097 |
| 16 | 4/12/2000 | Fax | Fax to Carrie Yackee from Mathew Sabloff Re: Updated list of Murphy LLCs. | DB COBRA 00650, DB COBRA 01218- DB COBRA 01220, DB COBRA 00651- DB COBRA 00653 |
| 17 | 4/17/2000 | Letters | Letters to Deutsche Banc Alex Brown from Brewer Ezzell Re: Authorization to wire transfer. | DB COBRA 01244 - DB COBRA 01249 |
| 18 | 4/17/2000 | Email | Email to Sylvia J. Pozamsky from Robert B. Coplan Re: PFC Newsletter. | 2003EY011804 |

| Tab # | Date | Type | Description | Bates # |
|---|---|---|---|---|
| 19 | 6/15/2000 | Email | Email from Carrie Yackee to Susan M. Henry Re: New Digital option trades. | DB-DOJ-COBRA-00044494- DB-DOJ-COBRA-00044495 |
| 20 | 6/20/2000 | Email | Email to William P. Murphy from Robert B. Coplan Re COBRA. | 2003EY010784 |
| 21 | 7/18/2000 | Email | Email from Richard N. Ignacio to Carrie Yackee Re: Tax ID numbers. | DB-DOJ-COBRA-00044497 |
| 22 | 2/5/2001 | Email | Email from Richard Ignacio to Carrie Yackee Re: Murphy Statements - COBRA. | DB-DOJ-COBRA-00010282 - DB-DOJ-COBRA-00010284 |
| 23 | 2/12/2001 | Email | Email from Carrie Yackee to Amy Keating Re: Exempt Interest Income by State. | DB-DOJ-COBRA-00010285 |
| 24 | 5/14/2001 | Letter | Letter to Harry D. Murphy from Ernest & Young Re: | DOJ 040311 |
| 25 | 8/27/2001 | Email | Email from Carrie Yackee to Bezzell Re: Address request. | DB-DOJ-COBRA-00010077 |