# In the United States Court of Federal Claims

No. 06-246 T

(Filed: September 26, 2006)

| | |
|---|---|
| **PSM FARMS, LLC,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On September 21, 2006, the Parties filed their Joint Preliminary Status Report. On September 25, 2006, Plaintiff filed a Motion to Correct the joint preliminary status report.[1] Before the Court had acted on the Motion to Correct, Plaintiff then filed an Unopposed Motion to Amend the Motion to Correct. Because the Motion to Correct had not yet been granted, however, the Motion to Amend the Motion to Correct was technically deficient under Electronic Case Filing (ECF) protocol. The Court advises Plaintiff that in the future it must request leave of Court to amend any document and, further, that it must await the grant of such leave by the Court before filing the amended document.

The Motion to Correct and the Unopposed Motion to Amend the Motion to Correct are hereby stricken from the docket. The Court grants leave for the Parties to file an Amended Joint Preliminary Status Report on or before **September 27, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1]Although filed as a "Motion to Correct," the filing more properly should have been denominated as a "Motion for Leave to File an Amended Joint Preliminary Status Report."