# In the United States Court of Federal Claims

No. 06-246 T

(Filed: October 5, 2006)

****************************************
**PSM FARMS, LLC,** *
**By and Through Stratton K. Murphy** *
**a Partner Other Than Tax Matters Partner,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

The Court DIRECTS the Clerk of the Court to consolidate this case with *Murfam Farms, LLC v. United States* (No. 06-245) and *Murphy Pork Partners, LLC v. United States* (No. 06-247). All future filings shall be made in *Murfam Farms, LLC v. United States* (No. 06-245).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge